UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 3 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TIMOTHY RYAN, M.D., an individual, | No. 22-55144 |
| Plaintiff-Appellee, | D.C. No. 2:17-cv-05752-CAS-RAO |
| v. | Central District of California, Los Angeles |
| BRANT PUTNAM, M.D., an individual; JANINE VINTCH, M.D., an individual, | ORDER |
| Defendants-Appellants, | |
| and | |
| ANISH MAHAJAN, M.D.; et al., | |
| Defendants. | |

| | |
|---|---|
| TIMOTHY RYAN, M.D., an individual, | No. 22-55406 |
| Plaintiff-Appellee, | D.C. No. 2:17-cv-05752-CAS-RAO |
| v. | |
| CHRISTIAN DE VIRGILIO, M.D.; ROGER LEWIS, M.D., | |
| Defendants-Appellants, | |
| and | |
| BRANT PUTNAM, M.D., an individual; JANINE VINTCH, M.D., an individual; ANISH MAHAJAN, M.D.; HAL F. YEE, | |

M.D., an individual; MITCHELL KATZ, M.D.; DOES, 1 through 10, inclusive,

        Defendants.

Before: WALLACE and OWENS, Circuit Judges, and FITZWATER,* District Judge.

The panel votes to deny the petition for panel rehearing. Judges Owens votes to deny the petition for rehearing en banc, and Judges Wallace and Fitzwater so recommend.

The full court has been advised of the suggestion for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petition for panel rehearing and the petition for rehearing en banc are therefore DENIED.

---

    * The Honorable Sidney A. Fitzwater, United States District Judge for the Northern District of Texas, sitting by designation.