# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 23, 2023

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526



    Re:  Brant Putnam, et al.
           v. Timothy Ryan
           Application No. 23A357
           (Your No. 22-55144, 22-55406)

Dear Clerk:

    The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Kagan, who on October 23, 2023, extended the time to and including December 21, 2023.

    This letter has been sent to those designated on the attached notification list.

                                     Sincerely,

                                     **Scott S. Harris**, Clerk

                                     by

                                   Redmond K. Barnes
                                   Case Analyst

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

NOTIFICATION LIST

Scott S. Harris
Clerk of the Court
(202) 479-3011

Mr. John J. Manier
Ballard Rosenberg Golper & Savitt
15760 Ventura Blvd., 18th Floor
Encino, CA 91436


Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526